IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**JAMES ALLEN MORRIS**  **PETITIONER**
**REG. #11614-042**

v.  **2:09CV00025 JJV**

**T.C. OUTLAW**
**Warden, FCI-Forrest City**  **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus, without prejudice, for lack of jurisdiction.

IT IS SO ORDERED this 26th day of August, 2009.

_____
UNITED STATES MAGISTRATE JUDGE